Affirmed and Opinion filed June 13, 2002









Affirmed and Opinion filed June 13, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS. 14-01-01278-CR,

              
14-01-01279-CR, &

         
14-01-01280-CR

____________

 

ADRIAN GONZALEZ, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 338th District Court

Harris County, Texas

Trial
Court Cause Nos. 881,443; 881,445; & 875,761

 



 

M E M O R A N D U M  O
P I N I O N

Appellant entered pleas of guilty to the offenses of indecency
with a child (cause number 881,443), aggravated sexual assault of a child
(cause number 881,445), and a second count of aggravated sexual assault of a
child (cause number 875,761).  On
November 20, 2001, the trial court sentenced appellant to twenty years
confinement for indecency with a child, and thirty years confinement for each
count of aggravated sexual assault of a child. 
The sentences were ordered to run concurrently.  Appellant filed a notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes that
the appeal is wholly frivolous and without merit.  The brief meets the requirements of Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by
presenting a professional evaluation of the record demonstrating why there are
no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  As of this
date, no pro se response has been filed.

We have carefully reviewed the record and counsel=s brief and agree that the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed June 13, 2002.

Panel consists of Justices Hudson,
Fowler, and Edelman. 

Do not publish C Tex. R. App. P. 47.3(b).